```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01566
    EVAMARIE ACOX BOUIE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3689


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/30/2007 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

     The case was converted to chapter 7 after confirmation 02/27/2008.
------------------------------------------------------------------------------
  CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
  AMERICAN GENERAL FINANCE   CURRENT MORTG         .00            .00             .00
  CORPORATE AMERICA FEDERA   SECURED VEHIC    10571.00         623.93         2751.24
  CORPORATE AMERICA FEDERA   UNSECURED        NOT FILED           .00             .00
  CORPORATE AMERICA FEDERA   SECURED VEHIC     1922.00          49.27         1922.00
  CORPORATE AMERICA FEDERA   UNSECURED        NOT FILED           .00             .00
  SAXON MORTGAGE             CURRENT MORTG         .00            .00             .00
  SAXON MORTGAGE             MORTGAGE ARRE         .00            .00             .00
  COOK COUNTY TREASURER      PRIORITY         NOT FILED           .00             .00
  AAA CHECKMATE LLC          UNSECURED          940.07            .00             .00
  AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00             .00
  BAPTIST HOSPITAL           UNSECURED        NOT FILED           .00             .00
  CORPORATE AMERICA FEDERA   UNSECURED        NOT FILED           .00             .00
  CORPORATE AMERICA FEDERA   UNSECURED        NOT FILED           .00             .00
  CORPORATE AMERICA FEDERA   UNSECURED        NOT FILED           .00             .00
  HOUSEHOLD CREDIT SERVICE   UNSECURED        NOT FILED           .00             .00
  HSBC/TAX                   UNSECURED          490.74            .00             .00
  ECAST SETTLEMENT CORP      UNSECURED          384.42            .00             .00
  NICOR GAS                  UNSECURED          473.73            .00             .00
  TAXMASTER                  UNSECURED        NOT FILED           .00             .00
  US SPRINT                  UNSECURED        NOT FILED           .00             .00
  BETHANY HOSPITAL           UNSECURED        NOT FILED           .00             .00
  COMMUNITY COUNSELING       UNSECURED        NOT FILED           .00             .00
  PRONGER SMITH              UNSECURED        NOT FILED           .00             .00
  COOK COUNTY TREASURER      SECURED               .00            .00             .00
  SPRINT                     UNSECURED          200.00            .00             .00
  LORRAINE GREENBERG & ASS   DEBTOR ATTY       1,464.00                       1,464.00
  TOM VAUGHN                 TRUSTEE                                            475.50
  DEBTOR REFUND              REFUND                                             864.06

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 01566 EVAMARIE ACOX BOUIE
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       8,150.00

PRIORITY                                                              .00
SECURED                                                          4,673.24
    INTEREST                                                       673.20
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,464.00
TRUSTEE COMPENSATION                                               475.50
DEBTOR REFUND                                                      864.06
                                        ---------------    ---------------
TOTALS                                        8,150.00           8,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 05/23/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```